FILED - USDC -NH
2024 JUL 8 AM 11:15

# United States District Court
## District of New Hampshire

Jay William
_____
Plaintiff

v.

Department of Justice
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)


**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND


## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.    <u>Parties</u>

A.  Please provide the following information for each plaintiff:

1.  Name William               Jay          E
        (Last)                (First)       (Initial)

2.  Place of Detention  Henderson County Jail

3.  Institutional Address  206 N. Murchison

    Athens, TX 75751

4.  Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

    ☑ Pretrial Detention Order
    ☐ Sentenced Inmate

5.  Date pretrial detention order was issued or sentence imposed  3/10/23

B. Please provide the full name, current title and address known for each defendant:

1. Name _Department of Justice_

          (Last)               (First)         (Initial)

2. Title _Department of Justice_

3. Address _950 Pennsylvania_

              _Washington DC 20530_

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _ALL Constitutional rights have been violated_

Supporting *Facts*:

_Jay Williams was peacefully Redressing Grievances via Email. J.W. spoke up for Gods' Word, Family Values, Family members who cont speak for themselves, Vets + others when J.W. was falsely accused. No warrant, No Affidivat based on personal knowledge. Tx R Evid. 602, J.W. has videos. ALL Requests for lawyers are DENIED_

Allegation 2: Defendant has Enslaved all Family Members.

Supporting Facts: Daughter, ~~kids~~ grand kids + Son-in-law were kidnapped by DOJ on 12/14/21. No warrant/valid warrant. Jay Williams was kidnapped on 3/10/23 no warrant. Amy Williams was kidnapped on 5/10/23-no warrant/valid warrant. J.W. has paid bail more than once. See D-1-GN-23 005013. Still in Jail. All Requests For lawyers - Denied!

Allegation 3: DOJ REFUSES TO Enforce our Religious Freedom + PROTECT OUR RELIGIOUS BELIEFS

Supporting Facts: TX Civil Practice + Remedies Code § 110.003 7020 0840 0002-3431 7269. We are not allowed to Attend Church in accordance with Gods' word + our dictates of our conscience. TX Constitution Sec. VI Title 42 U.S.C. § 2000bb-1

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.   Relief

You must request specific relief in your Complaint.  State briefly exactly what you want the court to do for you (attach additional pages if necessary):

Religious Freedom Enforced. Religious Beliefs Protected. FAMILY FREED FROM SLAVERY, Invoices Paid. Reputation Restored/Repaired. Hold the TX Constitution Sacred + Defend it as Required. INVIOLATE!

Date: _____                    _____
                                                          Signature of Plaintiff

State of New Hampshire        ]
                              ]    ss
County of _____   ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

                                        _____

| O R |
|---|

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

6/29/24
_____                    _____
     DATE                                          SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)      NO (__)
(check one only)

Date: 6/29/24

_____
Signature of Plaintiff

Attorney Client Privilege. Court to appoint lawyers.
Tx R. Crim. P. 1.05, U.S Constitution Amendment VI.
Title 18 APPENDIX U.S.C. § 44.

1. PARTIES A.

1. Dennis Erin M.
2. Henderson Co. Jail
3. 206 N. Murchison Athens, TX 75751

1. ~~Daniel~~ A Dennis Daniel  ?
2. Henderson Co. Jail
3. 206 N. Murchison Athens, TX 75751

1. ~~Amy William~~ M. William Amy M
2. NA
3. NA

1. William Hailie J.
2. NA
3. NA

1. ~~Ch~~ William Charles E.
2. NA
3. NA

1. Dennis David J.
2. NA
3. NA

1. ~~Carole~~ William Carole J.
2. NA
3. NA

1. William Tim A.
2. NA
3. NA

1. William Sherrie  ?
2. NA
3. NA

1. Faith Community Baptist Church
2. NA
3. NA

1. Parties A.
   1. McClary Scott ?
   2. NA
   3. NA
   1. McClary Jennifer D.
   2. NA
   3. NA
   1. Dexter
   2. NA
   3. NA

COUPON

1. Pay to: District Clerk ~~Clerk~~
2. Amount: $405.00 Four Hundred Five & 9/100
Q3. For: Filing Fee
4. Title 18 U.S.C. §§ 8,20(7)(40)'; Title 31 U.S.C. § 3123
5. ~~Proclamat~~ Proclamation 2039
Jay Williams P.O. Box 2601 Athens, TX 75751
972-754-0976 Ajsecurty@gmail.com
6767 SH 198 Mabank, TX 75156     Jay Williams  6/29/24

Joy W. Williams

P.O. Box 2601

Athens, TX 75751

ONLY PERSON

IN U.S.A.

HISTORY

WHO CAN'T

GET A

LAWYER

DOJ DOJ IS PURE EVIL

DOJ CAN'T BE TRUSTED

TREASONOUS SNAKES MURDERERS

P.66. KIDNAPPERS HUMAN TRAFFIC

OF OUR CHILDREN SLAVERS TORTURERS

COMMUNISTS TERRORISTS COWARDS

EMBEZZLERS SLANDERER NO JUSTICE

FOR U.S.A. CITIZENS IN SLAVERY

NO JURISDICTION COURTS CLOSED INCOMMUNICADO

BAIL PAID 100% STILL IN JAIL EVIDENCE DESTROYED

MORAL TURPITUDE LIFE SAFETY CODE VIOLATIONS

HOMELAND SECURITY COMPROMISED

NORTH TEXAS TX P&DC

DALLAS TX 750

JUL 2024 PM 8 L

District Clerk

55 Pleasant St Rm 110

Concord, NH 03301

USA FOREVER